1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

MARK T. WARD,

8                    Plaintiff,

9         v.

10   NANCY A. BERRYHILL, Acting Commissioner
11   of Social Security,

12                    Defendant.

CASE NO. C16-1977-MJP

**ORDER GRANTING MOTION FOR
ATTORNEY FEES UNDER THE
EQUAL ACCESS TO JUSTICE ACT,
28 U.S.C. § 2412**

13        The Court, after careful consideration of the Report and Recommendation of the

14   Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record,

15   does hereby find and **ORDER**:

16        (1)      The Court adopts the Report and Recommendation.

17        (2)      Mr. Ward's motion for attorney's fees under the Equal Access to Justice Act

18   ("EAJA"), 28 U.S.C. § 2412 (Dkt. 17) is **GRANTED**. Mr. Ward is hereby awarded

19   EAJA fees of $7,543.00. If it is determined that Mr. Ward's EAJA fees are not subject to

20   any offset allowed under the Department of the Treasury's Offset Program, then the

21   check for EAJA fees, expenses, and costs shall be made payable to Mr. Ward's attorney

22   Tha Win, based on Mr. Ward's assignment of these amounts to his attorney. Any check

23   for EAJA fees shall be mailed to Mr. Ward's attorney, Tha Win, at 606 Maynard Avenue

South, Suite 201, Seattle, WA 98104.

(3)     The Clerk shall provide copies of this Order to the parties and to Judge Tsuchida.

DATED this 28th day of February, 2018.

Marsha J. Pechman
United States District Judge